**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Virginia A. Sanderson (Bar No. 240241)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:  (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
ginny@KRInternetLaw.com

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATIONAL PHOTO GROUP, LLC**, a California limited liability company,<br><br>        Plaintiff,<br><br>vs.<br><br>**VIACOM INTERNATIONAL, INC.**, a Delaware corporation, and **DOES 1-10**, inclusive,<br><br>        Defendants. | Case No. CV12-7125 MWF (MRWx)<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Case No. CV12-7125-MWF(MRWx)         **[PROP.] ORDER GRANTING STIP FOR DISMISSAL WITH PREJUDICE**

1   Before the Court is the Stipulation for Dismissal with Prejudice
2   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).
3   IT IS HEREBY ORDERED that the above-captioned action and all
4   claims therein are hereby dismissed with prejudice pursuant to Federal Rule
5   of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorney's
6   fees and costs.

Dated: December 20, 2012

_____
UNITED STATES DISTRICT JUDGE



Case No. CV12-7125-MWF(MRWx)     1     **[PROP.] ORDER GRANTING STIP FOR DISMISSAL WITH PREJUDICE**